DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE J. KRAUSE** and **WAYNE HOLDER,**
Appellants,

v.

**CANYON LAKES HOMEOWNERS ASSOCIATION,**
Appellee.

No. 4D21-3527

[December 29, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 50-2020-CC-005804-XXXX-SB.

Wayne A. Holder, Boynton Beach, pro se.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***